# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL JONES-BOLDING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:12-cv-03442-LSC-JEO |
| | ) | |
| JERRY GARETT, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 13, 2013, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  No objections have been filed[1].

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted.  A Final Judgment will be entered.

---

[1] Although objections were not due until May 28, 2013, the copy of the Report and Recommendations served upon the plaintiff has been returned by the Postal Service as undeliverable. The plaintiff was notified that it was his responsibility to notify the Clerk in writing of any address change, but has failed to do so.

Done this <u>24th</u> day of <u>May 2013</u>.

L. Scott Coogler
United States District Judge

160704